UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BLEDAR HAXHIA,

                       Petitioner,

      -against-

WILLIAM LEE, Superintendent, Green Haven Correctional Facility, and ERIC T. SCHNEIDERMAN, New York State Attorney General,

                       Respondents.
-----------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: July 15, 2020 |

13-CV-1012 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court has received a letter from Petitioner Bledar Haxhia, dated June 24, 2020, written without the assistance of counsel. (ECF No. 39.)   In the letter, Petitioner requests the Court's guidance as to how to proceed in the above-captioned matter.   Judges are forbidden to give anyone legal advice.   *See Plilier v. Ford*, 542 U.S. 225, 231 (2004) (requiring judges to advise *pro se* litigants "would undermine district judges' role as impartial decisionmakers").   The Court therefore declines to respond to the substance of Petitioner's letter.

      SO ORDERED.

Dated: New York, New York
       July 15, 2020                                       /s/ Kimba M. Wood
                                                              KIMBA M. WOOD
                                                 United States District Judge